UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 94-2-LPC |
| | ) |
| DANNY LNU, | ) |
| | ) |
| Defendant. | ) |

GOVERNMENT'S REQUEST FOR ADDITIONAL TIME

In response to the Court's Order of February 8, 2005, the United States respectfully requests an additional five days to investigate the status of the above-captioned matter to determine if it is still active. Accordingly, the government requests an additional five days to respond.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Heidi E. Brieger
HEIDI E. BRIEGER
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA   02210