UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Magistrate Docket No. 94-2-LPC
)
DANNY LNU )

DISMISSAL OF COMPLAINT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States hereby dismisses the complaint against DANNY LNU. As grounds for the instant dismissal, the undersigned states that further prosecution of the within complaint at the present time would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

MICHAEL J. SULLIVAN
United States Attorney

HEIDI E. BRIEGER
Assistant U.S. Attorney

Leave To File Granted:

CHARLES B. SWARTWOOD
United States Magistrate Judge

Date: 5-2-05